**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY PPE, LLC, | Case No. 2:22-cv-01814-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SKANDA GROUP OF INDUSTRIES LLC, SKANDA MEDIA LLC, SKANDA FORESTRY LLC, SKANDA LANDSCAPE LLC, SKAIBA PTE LTD, NAGENDRA KARRI, and 1221 SKAI INVESTMENTS LLC, | |
| Defendants. | |

Pursuant to the Court's Order Granting Motion for Default Judgment, it is ordered, adjudged, and decreed that judgment is entered in favor of Plaintiff Safety PPE, LLC, and against Defendants Skanda Group of Industries LLC, Nagendra Karri, 1221 Skai Investments LLC, Skanda Media LLC, Skanda Forestry LLC, Skanda Landscape LLC, and Skaiba PTE Ltd.

Plaintiff Safety PPE, LLC shall recover from all Defendants, jointly and severally, $3,317,450.00 in damages, prejudgment interest as detailed in the Order Granting Motion for Default Judgment through the date of this judgment, and postjudgment interest at the rate prescribed by 28 U.S.C. § 1961. To avoid impermissible double recovery with the judgment in *Safety PPE I*, any amount collected as compensatory damages from any Defendant in satisfaction of this judgment shall be set off against the 2023 judgments in *Safety PPE v. Skanda Grp. of Indus. LLC*, No. 2:21-cv-03967-JFW-PD (C.D. Cal. filed May 11, 2021).

**IT IS SO ORDERED.**

Dated: January 29, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE