UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFETY PPE, LLC,<br><br>             Plaintiff,<br><br>  v.<br><br>SKANDA GROUP OF INDUSTRIES LLC, SKANDA MEDIA LLC, SKANDA FORESTRY LLC, SKANDA LANDSCAPE LLC, SKAIBA PTE LTD, NAGENDRA KARRI, and 1221 SKAI INVESTMENTS LLC,<br><br>             Defendants. | Case No. 2:22-cv-01814-MCS-SK<br><br>**AMENDED JUDGMENT** |

- 1 -

Pursuant to the Court's Order Granting Motion for Default Judgment (ECF No. 90) and Plaintiff's Request for Amended Judgment (ECF No. 92), it is ordered, adjudged, and decreed that Plaintiff's request is granted, and this amended judgment is entered in favor of Plaintiff Safety PPE, LLC, and against Defendants Skanda Group of Industries LLC, Nagendra Karri, 1221 Skai Investments LLC, Skanda Media LLC, Skanda Forestry LLC, Skanda Landscape LLC, and Skaiba PTE Ltd.

Plaintiff Safety PPE shall recover from all Defendants, jointly and severally, $3,317,450.00 in damages, plus $496,710.56 in prejudgment interest through the date of the Court's Judgment on January 29, 2024, calculated as the total of (a) seven percent per annum on $2,580,000.00 from September 10, 2021 through January 29, 2024 (*i.e.*, $430,966.03); (b) seven percent per annum on $519,534.24 from February 16, 2023 through January 29, 2024 (*i.e.*, $34,573.78); and (c) seven percent per annum on $500,113.07 from March 10, 2023 through January 29, 2024 (*i.e.*, $31,170.75), as detailed in the Order Granting Motion for Default Judgment, and postjudgment interest at the rate prescribed by 28 U.S.C. § 1961. To avoid impermissible double recovery with the judgment in *Safety PPE I*, any amount collected as compensatory damages from any Defendant in satisfaction of this judgment shall be set off against the 2023 judgments in *Safety PPE v. Skanda Grp. Of Indus. LLC*, No. 2:21-cv-03967-JFW-PD (C.D. Cal. filed May 11, 2021).

**IT IS SO ORDERED.**

Dated:   February 2, 2024

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE