**ORIGINAL**

WHEN RECORDED MAIL TO:

Geoffrey A. Heaton
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SAFETY PPE, LLC,

        PLAINTIFF(S),

v.

SKANDA GROUP OF INDUSTIRES LLC, et al.

        DEFENDANT(S).

CASE NUMBER: CV 2:22-CV-01814-MCS-SK **x**

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on February 2, 2024 in favor of Safety PPE, LLC whose address is c/o Jeremy T. Elman, Duane Morris LLP, 260 Homer Avenue, Palo Alto, CA 94301 and against Nagendra Karri whose last known address is 16 Mustang Lane, Bell Canyon, CA 91307 for $ 3,317,450.00 Principal, $ 496,710.56 Interest, $ 0.00 Costs, and $ 0.00 Attorney Fees.

ATTESTED this **5th** day of **February**, 20**24**

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Judgment Debtor is in pro per
1301 Dove Street, #1050
Newport Beach, CA 92660

CLERK, U.S. DISTRICT COURT

By _____
      Deputy Clerk
      RENICO SMITH

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                       ABSTRACT OF JUDGMENT/ORDER