1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SAFETY PPE, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>SKANDA GROUP OF INDUSTRIES LLC, et al.<br><br>         Defendant. | Case No.  2:22-cv-01814-MCS-SK<br><br>**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE** |

19

20

21

22

23

24

25

26

27

28

1   **TO JUDGMENT DEBTOR 1221 SKAI INVESTMENTS, LLC AND**

2   **TO ALL OTHER INTERESTED PARTIES HEREIN:**

3       The Court having considered the Ex Parte Application of Judgment Creditor

4   Safety PPE, LLC ("Judgment Creditor") for an order for the execution sale of a

5   dwelling located at 16 Mustang Lane, Bell Canyon, CA 91307, and for good cause

6   shown,

7       IT IS HEREBY ORDERED that judgment debtor 1221 SKAI

8   INVESTMENTS, LLC ("Judgment Debtor") appear on July 14, 2025, at 9:00 a.m.,

9   in Courtroom 7C of this Court, located at 350 W. First St., Los Angeles, CA 90012

10  to show cause, if any, why the Ex Parte Application for Sale of Dwelling should

11  not be granted.

12      IT IS FURTHER ORDERED that a copy of this Order to Show Cause,

13  Judgment Creditor's Ex Parte Application for Sale of Dwelling, and the Notice of

14  Hearing in the form prescribed by the California Judicial Council shall be served,

15  personally or by mail, on the Judgment Debtor. Copies of each of these documents

16  shall also be personally served on the occupant(s) of the dwelling or, if no

17  occupant(s) is/are present at the time service is attempted, posted in a conspicuous

18  place at the dwelling. Service and posting of these documents shall be

19  accomplished at least 30 days before the date of the hearing set forth above.

20

21  DATED: May 27, 2025

22

23  _____

24  Mark C. Scarsi
    United States District Judge

25

26

27

28

1